# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# AT FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>RICHARD EDWARDS, JR.,<br>    Defendant. | CRIMINAL ACTION NO.<br>3:07-CR-15-KKC<br><br><br>**OPINION & ORDER** |

\*\*\* \*\*\* \*\*\*

On January 15, 2013 the Court adopted Magistrate Judge Smith's report and recommendation that Edwards's § 2255 motion be denied and that no certificate of appealability be issued. (DE 115). On September 11, 2013, the Court of Appeals declined to issue a certificate of appealability. (DE 120).

Edwards has now filed a "Motion Preserving a Claim of Error Pursuant to Rule 51." (DE 121). In his motion, Edwards asks the Court to "preserve" his claim that he is entitled to relief under *Alleyne v. United States*, 133 S.Ct. 215 (2013). Because of the Supreme Court's holding in *Alleyne*, Edwards insists that the armed career criminal enhancement that he was given at sentencing violates his Sixth Amendment rights. (DE121). In his original appeal, Edwards made no claim that that he was improperly classified as an armed career criminal. Thus, there is no claim to preserve. Additionally, the Court previously denied Edwards's § 2255 motion, also concerning the armed career criminal enhancement, on procedural and statute of limitation grounds, (DE 115) and thus, Edwards may not now attempt to pursue a claim under *Alleyne* for the first time in this action. Finally, "the offense level remained at a 34 regardless of whether the

Defendant was found to be an armed career criminal." (DE 115). Thus, any error in classifying Edwards as an armed career criminal would be harmless. Accordingly, it is hereby

**ORDERED** that Edwards's "Motion Preserving a Claim of Error Pursuant to Rule 51" (DE 121) is **DENIED**.

This 9th day of January, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY