UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CRIMINAL ACTION NO. 3:07-CR-15

UNITED STATES, PLAINTIFF,

v. **OPINION AND ORDER**

RICHARD EDWARDS, JR., DEFENDANT.

\*\*\*\*  \*\*\*\*  \*\*\*\*  \*\*\*\*

This matter is before the Court on the defendant's motion (DE 124) for the appointment of counsel to assist him in preparing a motion for a sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. The amendment reduces by two the offense levels assigned in the Drug Quantity Table, U.S.S.G. § 2D1.1, resulting in lower guideline ranges for most drug trafficking offenses.

In November 2007, a jury found the defendant guilty of four counts of distribution of hydrocodone, one count of distribution of heroin, two counts of possessing a firearm while a convicted felon, and one count of retaliating against a witness. (DE 45, Verdict.) The Court sentenced the defendant to 120 months on each of the drug and retaliation charges to run concurrently and 180 months on the firearms charges to run concurrently to each other but consecutive to the 120 months on the drug and retaliation charges, producing a total term of 300 months. (DE 60, Judgment.)

The offense level applicable to the defendant's drug crimes was determined by his status as a career offender under U.S.S.G. § 4B1.1. The offense level was not determined the Drug Quantity Table in Section 2D1.1 of the sentencing guidelines. Amendment 782 did not alter the career-offender offense levels. Thus, the defendant's applicable guideline range

has not been lowered as a result of Amendment 782 and he is not eligible for a sentence reduction.

Because it is clear from the record that the defendant is not entitled to a sentence reduction, the appointment of counsel in this case is not necessary. For these reasons, the Court hereby ORDERS that the defendant's motion for appointment of counsel (DE 416) is DENIED.

Dated October 21, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY