# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# AT FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>V.<br><br>RICHARD EDWARDS, JR.,<br>   Defendant. | CRIMINAL NO. 3:07-00015-KKC-CJS<br><br><br>**ORDER** |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on the Defendant's successive motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (DE 134) and United States Magistrate Judge Candace J. Smith's Report and Recommendation (DE 147). Judge Smith recommended that the Defendant's motion be denied. (DE 147 at 12.) No objections have been filed as to her recommendation. The Court, after reviewing the Defendant's motion and applicable law, agrees with Judge Smith's Report and Recommendation.

Accordingly, the Court, being sufficiently advised, **HEREBY ORDERS** as follows:

(1) Judge Smith's Report and Recommendation (DE 147) is **ADOPTED** as the Court's opinion.

(2) The Defendant's successive motion to vacate, set aside, or correct sentence (DE 134) is **DENIED**.

(3) A Certificate of Appealability **SHALL NOT ISSUE** because the Defendant has not made a substantial showing of the denial of a Constitutional right. *See* 28 U.S.C. § 2253(c).

(4) The Defendant's Rule 60(b)(6) motion (DE 146) is **TRANSFERRED** to the Sixth Circuit for consideration as a motion for authorization to file a second successive § 2255 motion.

(5) A separate judgment shall issue.

Dated December 19, 2019.