**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>**V.**<br><br>**RICHARD EDWARDS, JR.,**<br>**Defendant.** | **CRIMINAL NO. 3:07-15-KKC-MAS-1**<br><br>**ORDER** |

This matter was referred to Magistrate Judge Stinnett for the purpose of ruling on a Motion to Vacate filed by defendant Richard Edwards, Jr. (R. 181). Edwards seeks to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. (R. 181). Judge Stinnett ordered a response from the Government (R. 182) and, after considering the record, filed a recommendation (R. 185).

Judge Stinnett recommends that the Court transfer Defendant's motion (R. 181) to the United States Court of Appeals for the Sixth Circuit as a successive petition in accordance with 28 U.S.C. § 2255(h), 28 U.S.C. § 2244(a), and Rule 9 of the Rules Governing Section 2255 Proceedings for the United States District Courts. (R. 185). No objections have been filed.

Accordingly, the Court hereby **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation (R. 185);

(2) This motion is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631 for determination of whether Edwards will be granted leave to file a second or successive motion to vacate on this claim; and

(3) This case is **STRICKEN** from the Court's active docket.

November 13, 2026.

**Signed By:**
***Karen K. Caldwell***
**United States District Judge**